**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SHANA DAVID, | * |
|     Plaintiff, | * |
| v. | *   **Civil Case No. 1:22-cv-1482-CDA** |
| BIG LOTS STORES, LLC, | * |
|     Defendant. | * |

\* \* \* \* \* \* \*

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised that the parties have agreed to settle the above action (ECF 41). Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date: March 1, 2024　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Charles D. Austin
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge